No. 781. THE COASTWISE TRANSPORTATION COMPANY, OWNER, ETC., PETITIONER, *v.* THE STEAMSHIP EDDA, ETC. March 21, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Edward E. Blodgett* for the petitioner. *Mr. Edward S. Dodge* for the respondent.

No. 807. MRS. LEE MANER, PETITIONER, *v.* THE PENN MUTUAL LIFE INSURANCE COMPANY. March 21, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William L. Crawford* and *Mr. Jack Beall* for the petitioner. *Mr. Maurice E. Locke* for the respondent.

No. 824. D. L. HENDERSON, TRUSTEE, ETC., PETITIONER, *v.* SAM MAYER. March 21, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. John R. L. Smith* and *Mr. George S. Jones* for the petitioner. No appearance for the respondent.

No. 826. FRANK H. WASKEY, PETITIONER, *v.* J. J. CHAMBERS. April 4, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Joseph C. Campbell, Mr. Albert Fink* and *Mr. W. H. Metson* for the petitioner. No appearance for the respondent.

No. 462. NEWMAN BAUM, BANKRUPT, PETITIONER, *v.* JAMES A. COMER, TRUSTEE, ETC. April 4, 1910. Petition for a writ of certiorari to the United States Circuit Court of Ap-